UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR DEPONTE,<br>           Plaintiff,<br>   v.<br>STOHL, et al.,<br>           Defendants. | Case No. 24-cv-01416-LJC<br><br>**ORDER OF TRANSFER** |

Plaintiff David Arthur DePonte, a state prisoner incarcerated at California Substance Abuse Treatment Facility and State Prison (SATF) in Corcoran, CA, has filed a civil rights action under 42 U.S.C. § 1983 asserting claims against various SAFT correctional staff.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Kings County, which is located in the Eastern District of California. Defendants are also located in Kings County. Venue, therefore, properly lies in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

//
//
//
//

1   Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
2 TRANSFERRED to the United States District Court for the Eastern District of California. The
3 Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: June 12, 2024

LISA J. CISNEROS
United States Magistrate Judge

2