UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR DEPONTE, | Case No. 1:24-cv-00695-KES-HBK |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION AND NOTING NOTICE OF CHANGE OF ADDRESS |
| v. | |
| STOHL, STERN, J. SAUCEDO, K. SUDANO, M. DOBE, GUNSAGA, | (Doc. No. 48) |
| Defendants. | |

On September 13, 2024, Plaintiff filed a pleading titled "Motion to Put Retaliation on File." (Doc. No. 48, "Motion"). The Motion comprises a single page. (*Id*. at 1). Plaintiff states he was moved from G-Yard, lost his job and college courses and is not able to access the law library. (*Id*. at 1). Plaintiff speculates these actions are being done for retaliatory purposes because "Captain Stohl made an appearance." (*Id*.). Plaintiff wishes to make "the courts aware of these retaliatory actions." (*Id*.). Plaintiff accompanied his Motion with a Notice of Change of Address addressed to the Clerk. ((*Id*. at 2).

Although labeled a "Motion," the pleading does not seek any relief. (*Id*.). Further, the Court notes that no defendant has yet been served in this action and, contrary to Plaintiff's understanding, Captain Stohl has not made an appearance in this action. (*See generally* docket). The Court further notes that the Clerk has updated Plaintiff's address of record based upon his Notice of Change of Address. (*Id*.).

Accordingly, it is ORDERED:

The Court DISREGARDS Plaintiff's "Motion to Put Retaliation on File" (Doc. No. 48).

Dated: September 27, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2