UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR DEPONTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOHL, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-00695-KES-HBK (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S OBJECTIONS CONSTRUED AS LATE RESPONSE<br><br>(Doc. 79)<br><br>TWENTY-ONE DAY DEADLINE |

On November 26, 2025, the Court directed Plaintiff to file a response to Defendants' Status Report and/or advise whether Plaintiff's Motion to Enforce Payment and Late Fees is moot. (Doc. 77).  Therein, the Court advised Plaintiff if he failed to file a response the Court would deem Plaintiff's Motion moot.  After Plaintiff failed to timely respond, the undersigned issued Findings and Recommendations on December 29, 2025 (Doc. 78, "F&R"), which recommended denying Plaintiff's Motion to Enforce Payment and Late Fees (Doc. 71) as moot. On January 8, 2026, Plaintiff filed Objections to the F&R (Doc. 79) arguing that his Motion to Enforce Payment and Late Fees is not moot.  The Court construes Plaintiff's Objections as a belated response to the Court's November 26, 2025 Order.

Prior to rescinding its F&R or issuing amended findings and recommendations, the Court finds it appropriate to obtain a response from Defendants regarding whether the Court retained

jurisdiction over the settlement agreement[1] and whether the settlement agreement contains provisions for penalties regarding late payments.

Accordingly, it is ORDERED:

Defendants shall file a response to Plaintiff's construed belated response to the Court's November 26, 2025 Order (Doc. 79), within **twenty-one (21) days** from the date of this Order.


Dated:    January 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] On March 19, 2025, the parties participated in a settlement conference before U.S. Magistrate Judge Jeremy D. Peterson. (Doc. No. 60). The minutes do not reflect whether the court agreed to retain jurisdiction for purposes of enforcing the settlement. (*Id.*).

2